UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEHU HAND,<br><br>        Petitioner,<br><br>    v.<br><br>WARDEN OF FCI HERLONG,<br><br>        Respondent. | No. 2:20-cv-2320 JAM JDP (HC)<br><br>ORDER |

Petitioner, a former federal prisoner proceeding pro se, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 23, 2021, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Petitioner has filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed February 23, 2021, are adopted in full;

2. Respondent's motion to dismiss (ECF No. 10) is granted and the petition is dismissed without prejudice;

3. Petitioner's motion for preliminary injunction (ECF No. 7) is denied as moot; and

4. The court declines to issue the certificate of appealability referenced in 28 U.S.C. § 2253.

DATED: April 30, 2021

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE